IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Case No.: 8:23-CR-00061-PJM |
| | * | |
| STEPHEN KENNEDY | * | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel, pursuant to Local Criminal Rule 201(3), respectfully moves this Court for leave to withdraw as counsel in the above matter due to irreconcilable differences that have arisen during counsel's representation of Mr. Kennedy.

In support of this motion, counsel states the following:

Mr. Kennedy has no objection to counsel's Motion, and counsel has served Mr. Kennedy with a copy of this Motion via email.

WHEREFORE, for the foregoing reasons, counsel respectfully requests that the Court grant this Motion to Withdraw as Counsel.

    Respectfully submitted,
    **ROSENBERG & FAYNE LLP**

    *Peter S. Fayne*
    _____
    Peter S. Fayne
    Bar No. 22840
    5400 Kenilworth Avenue
    Riverdale, MD 20737
    (301) 864-2900
    pfayne@rosenberg-fayne.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System which will send notification of this filing to all parties.

    *Peter S. Fayne*
    _____
    Peter S. Fayne

1